```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS JORGE, on behalf of all other persons similarly situated,

                Plaintiffs,

- v. -

CALZEDONIA USA, INC. D/B/A INTIMISSIMI,

                Defendant.

**ORDER OF DISMISSAL**

17 Civ. 9200 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
      February 15, 2018

                                            SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Judge